## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrea J. Durnell-Grady,<br><br>*Debtor*. | Case No. 24-11607-pmm<br>Chapter 13 |

## Debtor's Limited to Objection
## to Motion for Relief from the Automatic Stay

**AND NOW**, Debtor Andrea J. Durnell-Grady, through her attorney, submits this limited objection to the Motion for Relief from the Automatic Stay filed by CarMax Auto Finance dba CarMax Business Services LLC. Accordingly, the Debtor states as follows:

1. The Debtor does not oppose the Motion.

2. In the interest of judicial economy, the Debtor requests that the Court: (a) direct the chapter 13 trustee to cease further distributions on the secured portion of Claim No. 5, and (b) authorize the Trustee, without further order and consistent with 11 U.S.C. § 1329, to reallocate the undistributed balance allocated for that claim to Section 5(b)(2) of the confirmed plan.

**NOW, THEREFORE**, the Debtor respectfully requests that the Court enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: August 6, 2025

**SADEK LAW OFFICES, LLC**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Certificate of Service

    I certify that on this date, I caused this document and all attachments to be served through CM/ECF on all parties on the Clerk's service list who are registered to receive electronic notices.

| | |
|---|---|
| Date: August 6, 2025 | /s/ Michael I. Assad |
| | Michael I. Assad |