IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:  )
ANDREA J. DURNELL-GRADY  )
    **Debtor(s)**  )  CHAPTER 13
      )
CARMAX AUTO FINANCE  )  Case No.: 24-11607 (PMM)
dba CARMAX BUSINESS SERVICES LLC  )
    **Moving Party**  )
      )  Hearing Date:  8-20-25 at 1:00 PM
  v.  )
      )
ANDREA J. DURNELL-GRADY  )  11 U.S.C. 362
    **Respondent(s)**  )
      )
KENNETH E. WEST  )
    **Trustee**  )
      )
      )
      )

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

    Upon the motion of Carmax Auto Finance dba CarMax Business Services, LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(4) to permit the movant to pursue the movant's rights in the personal property described as a **2019 Volkswagen Atlas** bearing vehicle identification number 1V2UR2CA8KC539084 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:    **August 20, 2025**

*Patricia M. Mayer*
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE